motion for leave to appeal from the order of County Court entered in this proceeding commenced in City Court (*see* NY Const, art VI, § 3 [b]; CPLR 5602 [a]). Motion for poor person relief dismissed as academic.

ARTHUR E. RONDEAU, Appellant, v ALLAN HOUSTON et al., Respondents.

ARTHUR E. RONDEAU, Appellant, v NEW YORK KNICKERBOCKERS et al., Respondents.

Submitted August 11, 2014; decided October 28, 2014

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

ARTHUR E. RONDEAU, Appellant, v ALLAN HOUSTON et al., Respondents.

ARTHUR E. RONDEAU, Appellant, v NEW YORK KNICKERBOCKERS et al., Respondents.

Submitted October 6, 2014; decided October 28, 2014

Motion for the imposition of sanctions denied.

GEORGE BUNDY SMITH, SR., Appellant, v UNITED CHURCH OF CHRIST et al., Respondents.

Submitted October 6, 2014; decided October 28, 2014

Motion for reargument of motion for leave to appeal denied [*see* 24 NY3d 902 (2014)].

Judges RIVERA and ABDUS-SALAAM taking no part.

2301 7TH AVENUE HDFC, Respondent, v DANA N. ESCOFFIER, Administrator of the Estate of LOVEY BRANHAM, Appellant.

Submitted October 6, 2014; decided October 28, 2014